AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jaime BENAVIDES | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 11, 2019 _____ in the county of _____ Jim Hogg _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 Section 846, 841(a)(1) | Knowingly and unlawfully possess with the intent to distribute, and conspire to possess with the intent to distribute, a controlled substance listed under Schedule I, of the Controlled Substances Act, to wit; approximately 61.2 kilograms of Marijuana. |

This criminal complaint is based on these facts:

_____See Attachment 1_____

☑ Continued on the attached sheet.

/s/ Mark Rocha

*Complainant's signature*

Complainant Mark Rocha
sworn and attested before me
on August 13, 2019,
at Laredo, Texas.

Sam S. Sheldon
United States Magistrate Judge

**ATTACHMENT A**

On August 11, 2019 at about, 05:51 p.m., Border Patrol Agents assigned to work the Texas State Highway 16 Border Patrol Checkpoint encountered a brown in color Chevrolet pick-up truck. As Agents were conducting an immigration inspection on the driver, identified as Jaime BENAVIDES, a service canine conducted a non-intrusive free air sniff of the exterior of the vehicle. The service canine alerted to an odor it has been trained to detect.

The vehicle was referred to secondary for further inspection. In secondary, Agents searched the inside of the diesel tank with a naked eye but were unable to properly see inside the tank. Agents were able to smell the odor of grease emitting from inside the tank. Agents observed loose bolts that are intended to secure tool box to the L shaped diesel tank along with fresh scratches to the bed of the truck which are indicative that the tank had been recently moved. Agents further observed that the L shape diesel tank was not bolted down to the frame of the pickup bed.

Agents utilized the ZBV Backscatter vehicle to perform an X-ray scan of the pickup and observed an anomaly inside the diesel tank. When BENAVIDES was informed of the anomalies, BENAVIDES admitted voluntarily to Agents that the tank contained marijuana.

Agents were able to extract 9 bundles wrapped in a black tape material covered with red axle grease hidden inside the tank. The bundles contained a green leafy substance that tested positive for marijuana. The bundles weighed a total of 135 lbs/61.2 kgs.

At approximately 10:00 p.m., Drug Enforcement Administration (DEA) Task Force Officers (TFO) Mark Rocha and Jordan Reed arrived at the Hebbronville Border Patrol Station to interview BENAVIDES. At approximately 10:35 a.m., BENAVIDES was read his Miranda Rights, via DEA-13A, by TFO Rocha and witnessed by TFO Reed, to which he waived his right to have an attorney present during questioning. BENAVIDES stated that he was hired by an individual to transport approximately 20 lbs of Marijuana from Roma, Texas to Hebbronville, Texas. BENAVIDES stated that he was expecting to get paid approximately $1,000 United States Dollars for his services.

BENAVIDES was ultimately transported to the Webb County Jail pending initial appearance before a United States Magistrate Judge.